1

2

3

4                   UNITED STATES DISTRICT COURT

5                        DISTRICT OF NEVADA

6                              * * *

7    UNITED STATES OF AMERICA,            )
                                          )
8                      Plaintiff,         )        CV-S-05-1154-PMP (PAL)
                                          )
9    v.                                   )
                                          )
10   LARRY P. GOODYKE, individually and   )        O R D E R
     doing business as Consultants by 5 and PC )
11   Computerz Tax Service,               )
                                          )
12                     Defendant.         )
     _____ )

13

14           Before the Court for consideration is Defendant Larry P. Goodyke's Answer and

15   Claim and Affidavit of Corporate Denial and Motion to Dismiss (#5 and #6), filed October

16   18, 2005.  By this filing, Defendant Goodyke in part seeks dismissal of this action pursuant

17   to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

18           Applying the standard mandated for consideration of motions to dismiss under

19   Rule 12(b)(6), and construing the allegations made by Plaintiff United States in its

20   Complaint in the light most favorable to the non-moving party, and for the reasons set forth

21   in the Opposition to Defendant's Motion to Dismiss (#7), filed October 25, 2005, and good

22   cause appearing,

23           IT IS ORDERED that Defendant Goodyke's Motion to Dismiss (#6) is denied.

24   DATED:   December 1, 2005

25

26
                                          _____
                                          PHILIP M. PRO
                                          Chief United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26